**FILED**

Dec 07 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>LAGRONE,<br><br>        Defendant. | Case No. 17-cr-00085-JST-1 (LB)<br><br>**ORDER RECALLING ARREST WARRANT** |

The defendant appeared before the undersigned United States Magistrate Judge. The court withdraws the warrant in the case.

**IT IS SO ORDERED.**

Dated: December 7, 2020

_____
LAUREL BEELER
United States Magistrate Judge

ORDER FOR RELEASE 17-cr-00085-JST-1